DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNATHAN PAUL SIMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-911

[August 24, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562017CF787C.

Matias Jordi Zaragoza of M. Jordi Zaragoza, PA, Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***